IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **ACIMA DIGITAL, LLC, ACIMA HOLDINGS, LLC,** and **AARON ALLRED**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CONSUMER FINANCIAL PROTECTION BUREAU** and **RUSSELL VOUGHT**,[1] in his official capacity as Acting Director of the CFPB,<br><br>*Defendants*. | Civil Action No. 4:24-cv-00662 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Acima Digital, LLC, Acima Holdings, LLC, and Aaron Allred (together, "**Plaintiffs**") hereby dismiss this action with prejudice against all Defendants.

---

[1] Russell Vought, Acting Director of the Consumer Financial Protection Bureau, is substituted for former Director Rohit Chopra pursuant to Federal Rule of Civil Procedure 25(d).

Dated: March 6, 2025                                    Respectfully submitted,

                                                        /s/ Paul R. Genender
Matthew P. Previn (admitted *pro hac vice*)             Paul R. Genender (Texas Bar No. 00790758)
matthewprevin@paulhastings.com                          paulgenender@paulhastings.com
PAUL HASTINGS LLP                                       Manuel G. Berrelez (Texas Bar No. 24057760)
200 Park Avenue                                         manuelberrelez@paulhastings.com
New York, NY 10166                                      PAUL HASTINGS LLP
Telephone: (212) 318-6049                               2001 Ross Avenue, Suite #2700
Facsimile: (212) 551-0201                               Dallas, Texas 75201
                                                        Telephone: (972) 936-7500
                                                        Facsimile: (972) 936-7501

Bradley J. Bondi (admitted *pro hac vice*)
bradbondi@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (212) 551-0201

*Counsel for Plaintiffs Acima Digital, LLC and Acima Holdings, LLC*


  /s/ David W. Klaudt
David W. Klaudt (Texas Bar No. 00796073)
GREENBERG TRAURIG LLP                                   Tierney Smith (admitted *pro hac vice*)
2200 Ross Avenue, Suite 5200                            GOODWIN PROCTER LLP
Dallas, Texas 75201                                     1900 N. St. NW
Telephone: (214) 665-3616                               Washington, DC 20036
David.klaudt@gtlaw.com                                  Telephone: (206) 346-4019
                                                        tierneysmith@goodwinlaw.com

*Counsel for Plaintiff Aaron Allred*


## CERTIFICATE OF SERVICE

I certify that on the 6th day of March, 2025, a copy of the foregoing was served on all counsel of record via the Electronic Filing System.

                                                        /s/ Paul R. Genender
                                                           Paul R. Genender